**Order filed April 10, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

### NO. 14-12-00020-CV

_____

**GILBERT GILES, Appellant**

**V.**

**SHUNDA GILES, Appellee**

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 1997-47863**

## O R D E R

According to the notice of appeal, this is an appeal from a dismissal order signed November 10, 2011. The clerk's record was filed April 3, 2012.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the dismissal order signed November 10, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record **within 14 days** of the date of this order, containing the dismissal order signed November 10, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM